■ In the Matter of DONALD DuBOIS, Petitioner, v GLENN S. GOORD, as Commissioner of New York State Department of Correctional Services, Respondent. [679 NYS2d 871] —Proceeding unanimously dismissed without costs as moot (*see, Matter of Free v Coombe*, 234 AD2d 996). (CPLR art 78 Proceeding Transferred by Order of Supreme Court, Erie County, Fahey, J.) Present—Green, J. P., Pine, Wisner, Balio and Boehm, JJ.